904

No. 413, Misc. MASSEY v. WASHINGTON. Sup. Ct.
Wash. Certiorari denied.

No. 424, Misc. HUNT v. OLIVER, WARDEN. C. A.
9th Cir. Certiorari denied.

No. 445, Misc. DANIELS v. COOK BROADCASTING CO.
ET AL. C. A. 10th Cir. Certiorari denied. *R. Bowland
Ritchie* for petitioner. *Dale M. Stucky* for respondent
Cook Broadcasting Co.

No. 472, Misc. WEBB v. UNITED STATES. C. A. 6th
Cir. Certiorari denied. Petitioner *pro se*. *Solicitor
General Marshall, Assistant Attorney General Vinson,
Beatrice Rosenberg* and *Robert G. Maysack* for the
United States.

No. 486, Misc. FAULS ET AL. v. UNITED STATES. C. A.
9th Cir. Certiorari denied.

No. 501, Misc. PIRACCI v. NEW YORK. Ct. App.
N. Y. Certiorari denied.

No. 555, Misc. LANA v. NEW YORK. App. Div., Sup.
Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 564, Misc. OLIVER v. UNITED STATES. C. A. 7th
Cir. Certiorari denied. Petitioner *pro se*. *Solicitor
General Marshall, Assistant Attorney General Vinson,
Beatrice Rosenberg and Robert G. Maysack* for the
United States.

No. 577, Misc. BINGHAM v. KENTUCKY. Ct. App.
Ky. Certiorari denied.